IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**STEVEN R. DEWITT, SR.,**

    Plaintiff,

vs.                                        CASE NO. 4:05CV049-MMP/AK

**W. TOWNLEY, et al,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

By Order dated May 2, 2005, Plaintiff was ordered to submit a partial filing fee on or before June 10, 2005. (Doc. 8). In an order dated July 27, 2005, Plaintiff was ordered to show cause why his complaint should not be dismissed for failure to pay this fee on or before August 19, 2005. (Doc. 9). Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. (Doc. 9). As of this date there has been no response.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for

failure to obey a court order.  Plaintiff has failed to comply with two orders of this Court and failed to pay the partial filing fee. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **29th** day of September, 2005.

        s/ A. KORNBLUM
        ALLAN KORNBLUM
        UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:03cv38-MMP/AK