IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN R. DEWITT, SR.,

    Petitioner,

v.                                                                                     CASE NO. 4:05-cv-00049-MP-AK

W. TOWNLEY, et al.,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 10, Report and Recommendations of the Magistrate Judge, recommending that Doc. 6, Petitioner's amended complaint under 28 U.S.C. § 1983, be dismissed without prejudice for failure to prosecute. The Magistrate Judge filed the Report and Recommendation on Thursday, September 29, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Magistrate's Report and Recommendations, I have determined that the Report and Recommendations should be ADOPTED.

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Petitioner's amended complaint under 28 U.S.C. § 1983, Doc. 6, is DISMISSED WITHOUT PREJUDICE.

    **DONE AND ORDERED** this   *1st* day of November, 2005

      *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge